IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BERNARD C. McCORMICK,
      Plaintiff,

vs.                                 Case No.: 3:14cv355/LAC/EMT

FLORIDA DEPARTMENT OF CORRECTIONS, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1).  By order of this court dated July 31, 2014, Plaintiff was given thirty (30) days in which to file an amended complaint on the court-approved form, and either pay the filing fee or file a complete application to proceed in forma pauperis (*see* doc. 6).  Plaintiff failed to file an amended complaint or address the filing fee; therefore, on September 8, 2014, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 11).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint, address the filing fee, or otherwise respond to the show cause order.

      Accordingly, it is respectfully **RECOMMENDED**:

      That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

      At Pensacola, Florida, this 15th day of October 2014.


                    /s/ *Elizabeth M. Timothy*
                    **ELIZABETH M. TIMOTHY**
                    **CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

       Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).